[No. 33321.   *En Banc.*   August 13, 1957.]

ANNIE BRENNER, *Respondent,* v. THE J. J. BRENNER OYSTER COMPANY, *Appellant.*

THE J. J. BRENNER OYSTER COMPANY, *Appellant,* v. JOHN W. SHUGARTS *et al., Respondents.*[1]

*O'Leary, Meyer & O'Leary,* for appellant.

*Smith Troy* and *Philip W. Richardson,* for respondents.

*W. E. Evenson* and *Skeel, McKelvy, Henke, Evenson & Uhlmann, amici curiae* on petition for rehearing.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court adhere to the *En Banc* opinion heretofore filed herein and reported in 48 Wn. (2d) 264, 292 P. (2d) 1052.

[1] Reported in 314 P. (2d) 417.